---

ALEJANDRO VALADEZ,

       Plaintiff,

DEAN HEALTH PLAN,
WISCONSIN DEPARTMENT
OF HEALTH SERVICES, and
MILWAUKEE CHILD SUPPORT AGENCY,

       Involuntary Plaintiffs,

v.                                       Case No. 26-CV-1080

CITY OF MILWAUKEE, JOSEPH ZAWIKOWSKI,
CHRISTOPHER RANDAZZO, JOHN DOE
OFFICERS 1-2, ABC INSURANCE COMPANY,
QUINCY TOLLIVER, and
GEICO SECURE INSURANCE COMPANY,

       Defendants.

---

## NOTICE OF REMOVAL

---

| To: | **Alejandro Valadez** | Cc: | **Dean Health Care** |
|---|---|---|---|
| | **Attorney Nathanial Cade, Jr.** | | 1277 Deming Way |
| | CADE LAW GROUP, LLC | | Madison, WI 53717 |
| | P.O. Box 170887 | | |
| | Milwaukee, WI 53217 | | **Wisconsin Department of Health Services** |
| | | | 201 E. Washington Ave. |
| | | | Madison, WI 53703 |
| | | | **Milwaukee County Child Support Agency** |
| | | | 901 N. 9th St. |
| | | | Milwaukee, WI 53233 |
| | | | **ABC Insurance Company** |
| | | | Address unknown |

**Quincy Tolliver**
6008 W. Mitchell St.
West Allis, WI 53214

**Geico Secure Insurance Company**
301 S. Bedford St., Suite 1
Madison, WI 53703

**PLEASE TAKE NOTICE** that City of Milwaukee, Joseph Zawikowski, Christopher Randazzo, and John Doe Officers 1-2 (hereafter, "City Defendants"), by and through their attorneys, Evan C. Goyke, City Attorney, represented by Matteo Reginato, Assistant City Attorney and Clint Muche, Assistant City Attorney, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, file this Notice of Removal with the United States District Court for the Eastern District of Wisconsin.

The grounds for removal of this action are as follows:

1. A civil action designated as Case No. 2026CV00518 has been commenced and is now pending in Milwaukee County Circuit Court between the above-named parties.

2. On June 1, 2026, Plaintiff filed a Summons and Complaint in Milwaukee County Circuit Court. (Reginato Aff., Ex. A, Summons & Complaint.)

3. Based on the state court record and information presently available, none of the Defendants named in this lawsuit have been served with the Summons or Complaint. (Reginato Aff., Ex. B, Court Record—Milwaukee County Circuit Court Case No. 2026CV00518.)

4. The above-referenced action is a civil action for damages alleged to have arisen from actions arising in Milwaukee County, Wisconsin.

5. The United States District Court for the Eastern District of Wisconsin has jurisdiction over this action for the following reasons:

a. The case presents a federal question under the Civil Rights Act of 1871, 42 U.S.C. § 1983, in that Plaintiff alleges a violation of his rights under the Fourteenth Amendment of the United States Constitution. (Reginato Aff., Ex. A, Summons & Complaint, ¶¶ 59-66.) Removal is therefore proper under 28 U.S.C. § 1441(a) because this is a civil action brought in state court over which the federal district court would have original jurisdiction under 28 U.S.C. § 1331 had the action been initially commenced in federal court.

b. The City Defendants have not been served with a copy of the Summons or Complaint.

c. Based on the state court record and information presently available, none of the other defendants named in this lawsuit have been served with a copy of the Summons or Complaint. (Reginato Aff., Ex. B.)

d. This Notice of Removal is timely under Section 1446(b) of Title 28 of the United States Code because the time permitted by statute for filing has not expired.

e. This case is properly venued in the United States District Court for the Eastern District of Wisconsin because the alleged events and/or omissions that form the basis of Plaintiff's claims occurred within the Eastern District of Wisconsin.

6. Concurrent with the filing of this Notice of Removal, the City Defendants, by their attorneys, will notify all active parties and the Clerk of Milwaukee County Circuit Court that this case is the subject of a petition for removal in the United States District Court for the Eastern District of Wisconsin, as required by 28 U.S.C. § 1446(b)(1).

3

## **JURY DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, the City Defendants hereby request a trial by jury.

Dated and signed at Milwaukee, Wisconsin on this 16th day of June, 2026.

<div style="margin-left: 50%;">

EVAN C. GOYKE
City Attorney

s/ *Matteo Reginato*
MATTEO REGINATO
Assistant City Attorney
State Bar No: 1089724
CLINT B. MUCHE
Assistant City Attorney
State Bar No: 1131629

</div>

ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Tel: (414) 286-2601
Fax: (414) 286-8550
Email: mreginato@milwaukee.gov
        cmuche@milwaukee.gov

2026-001241/

4